

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 14, 1939

Hon. J. L. Crosthwait
County Auditor
Dallas County
Dallas, Texas

Dear Sir:

> Opinion No. O-944
> Re: Can the county auditor legally
> approve of payment for witness
> fees for expert testimony in
> condemnation suits for right
> of way for public road purposes?

Your request for opinion upon the above stated
question has been received by this department.

Your letter, in part, reads as follows:

"Dallas County is at this time in the
midst of a great number of condemnation suits
for right of way for public road purposes,
and it is necessary for the County to present
expert testimony to testify as to the value
of the land in question.

"Will you kindly advise me whether or
not I can legally approve for payment wit-
ness fee for expert testimony in such suits?"

Texas Jurisprudence, Vol. 11, page 565-566,
in part, reads as follows:

"The term 'county business' should be
given a broad and liberal construction so
as to not defeat the purposes of the law.
And it is held that the commissioners' court
has implied authority to do what may be

necessary in the exercise of the duties
or powers conferred upon them...."

On January 15, 1931, this department held
in an opinion written by Hon. J. H. Stanford, Assistant
Attorney General, that the commissioners' court has
implied power to contract for services of experts in
valuation of property.

Condemnation suits for right of way for public
road purposes are clearly "county business". It is
clearly the duty of the commissioners' court to make
proper preparation for and defense of condemnation suits
in which the county is involved. If the commissioners'
court of Dallas County feels that it is necessary for the
county to employ an expert witness to testify as to the
value of the land in question in condemnation suits in
order to safeguard the interest of Dallas County, then
clearly the commissioners' court has the power to pay
such expert witness a reasonable fee for his services.

Therefore, you are respectfully advised that
it is the opinion of this department that if the com-
missioners' court of Dallas County is of the opinion
that it is necessary for the county to employ an expert
witness to testify in condemnation suits for right of
way for public road purposes and agree to pay such ex-
pert witness a reasonable fee for such services, and
approve his claim for such services, then you should
legally approve for payment such claim of such witness
for expert testimony.

Trusting that this answers your inquiry, we
are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Wm. J. Fanning*

Wm. J. Fanning
Assistant

WJF:AW

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY CHAIRMAN